KATHLEEN BLISS, ESQ.
Nevada Bar No. 7606
kb@kathleenblisslaw.com
KATHLEEN BLISS LAW PLLC
1070 West Horizon Ridge Pkwy., Suite 202
Henderson, Nevada 89012
Telephone: 702.463.9074
*Attorney for Jabari Marshall*

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | NO.: 2:19-CR-00113-JCM-BNW |
|---|---|
| Plaintiff, | **DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE SEALED EXHIBIT** |
| vs. | |
| JABARI MARSHALL | |
| Defendant. | |

Defendant Jabari Marshall, through his attorney of record, respectfully files this Unopposed Motion for Leave to File Exhibit A under seal, which consists of defendant's Psychological Evaluation that undersigned counsel obtained from Dr. Mark Chambers, Ph.D. relative to his sentencing memorandum, filed separately. Because the evaluation contains sensitive and confidential information, the records should be filed under seal.

The government has no objection to this motion. Undersigned counsel will serve the sealed exhibit on the government counsel via email.

For the forgoing reasons, defendant respectfully requests leave to file under seal Exhibit A, submitted with his sentencing memorandum, and respects that the Court maintain those records under seal.

Respectfully submitted,

KATHLEEN BLISS LAW PLLC

 */s/ Kathleen Bliss*
KATHLEEN BLISS, ESQ.
Nevada Bar No. 7606
1070 West Horizon Ridge Parkway
Suite 202
Henderson, NV 89012
702.463.9074
kb@kathleenblisslaw.com

**IT IS SO ORDERED**

Having considered Defendant's Motion herein, and for good cause presented, Defendant's unopposed Motion is **GRANTED**.

**EXHIBIT A**, consisting of Defendant's Psychological Evaluation **SHALL BE FILED AND MAINTAINED UNDER SEAL**.

Dated: September 9, 2021

_____
JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE